Filed 8/21/24  P. v. Jackson CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA


| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>CORBIN BLAKE JACKSON,<br><br>    Defendant and Appellant. | D083382, D083384<br><br><br>(Super. Ct. Nos. SCD298514, SCD298799) |

APPEAL from a judgment of the Superior Court of San Diego County, Dwayne K. Moring, Judge.  Affirmed.

Stephanie A. Lickel, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

This appeal arises from sentencing of appellant in three different cases, which sentences were combined resulting in a prison term of three years eight months in prison.  Restitution in two of the cases was ordered in amounts stipulated to by appellant.

In case No. SCD298514, Corbin Blake Jackson pleaded guilty to one count of evading an officer with reckless driving (Veh. Code, § 2800.2,

subd. (a)) and one count of identity theft (Pen. Code, § 530.5, subd. (c)(1)) and agreed to serve a two-year prison term consecutive to other cases.

In case No. SCD298799, Jackson pleaded guilty to one count of vehicle theft and agreed to a one-year consecutive term for that case.

Jackson was sentenced to a term of three years in prison.

The court ordered victim restitution in amounts agreed to by Jackson.

Several months later, the court recalled the sentence to address a third conviction. The court added a consecutive eight-month term for a total sentence of three years eight months in prison. The court reimposed the restitution orders, without objection from Jackson.

Jackson filed a notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to review the record for error as mandated by *Wende*.

We notified Jackson he could file his own brief on appeal, but he has not responded.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to review the record for error as mandated by *Wende*. To assist the court in its review, and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified a possible issue that was considered in evaluating the potential merits of this appeal: Whether the court erred by not revisiting the victim restitution orders to which Jackson had previously agreed.

We have reviewed the record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Jackson on this appeal.

DISPOSITION

The judgment is affirmed.


HUFFMAN, Acting P. J.

WE CONCUR:


IRION, J.


RUBIN, J.